James Morrett, as Administrator, etc., of Libra Morrett, Deceased, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of James C. Orr for a Certiorari Order to Review the Action of the Board of Supervisors of Schenectady County, Disallowing His Claim for Compensation under Section 240-a of the County Law.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

Kiamesha Inn, Inc., Respondent, v. Railroad Furniture Outlet, Inc., Appellant.— Motion for reargument denied, with ten dollars' costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.